**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZIONA**

| | |
|---|---|
| Angela Bennett;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>The Breadfruit Restaurants, LLC, an Arizona company; Dwayne Allen and Danielle Leoni, husband and wife<br><br>　　　　　　Defendants | Case No.: 2:15-cv-00826-BSB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

　　　　Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal of this action.

Dated: August 11, 2015　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC**

　　　　　　　　　　　　　　　By　/s/Trey Dayes
　　　　　　　　　　　　　　　　　Trey Dayes
　　　　　　　　　　　　　　　　　treyd@phillipsdayeslaw.com

　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2015, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None.

By: /s/Nasser Abujbarah
    Nasser Abujbarah
    Paralegal for Trey Dayes